UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:22-cv-03585-JLS-AFM                                        Date: January 03, 2023
Title: Simple Design Ltd. v. Dairy-Queen Vision

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

_V.R. Vallery_                                        _N/A_
Deputy Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                        Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY DISCREPANCIES EXIST BETWEEN COMPLAINT AND MOTION FOR DEFAULT JUDGMENT**

Plaintiff Simple Design Ltd. ("Simple Design") filed this trademark action on May 25, 2022, alleging that Defendant Dairy-Queen Vision infringed on the following icons it uses in association with its mobile applications for downloading and playing videos:



(Compl., Doc. 1 ¶ 10.)  In the Complaint, Simple Design alleges that these icons are registered under Registration Nos. 6274928, 6274929, and 6197407.  (*Id.* ¶¶ 12, 14, 16.)

After the clerk entered default against Dairy-Queen Vision on October 3, 2022 (*see* Doc. 16), Simple Design filed a Motion for Default Judgment on October 19, 2022. (Mot., Doc. 17).  In its Motion, Simple Design alleges that the icons that were infringed against were the following:



(*Id.* at 6.)  The Motion further alleges that these icons are registered as "Registration Nos. 6274928, 6274929, and 6197407", *i.e.*, the identical registration numbers alleged in the Complaint.  (*Id.*)  It is plain that one of the icons alleged in the Complaint differs from

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:22-cv-03585-JLS-AFM | Date: January 03, 2023 |
| Title: Simple Design Ltd. v. Dairy-Queen Vision | |

that alleged in the Motion.  Where, as here, the Defendant has not appeared to contest Plaintiff's case, the Court may nevertheless decline default judgment where there is reason to think there would be a "dispute concerning material facts." *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

  Accordingly, Plaintiff is ORDERED to show cause, in writing, **within seven (7) days of the date of this Order**, why the Complaint and Motion differ in this respect.

                       Initials of Preparer:  vrv